No. 89–7370.  GOZLON-PERETZ *v.* UNITED STATES.  C. A. 3d Cir.  [Certiorari granted, 496 U. S. 935.]  Motion of the Solicitor General for leave to permit Amy L. Wax, Esq., to present oral argument *pro hac vice* granted.

No. 89–7691.  YATES *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. S. C. [Certiorari granted, *ante*, p. 809.]  Motion for appointment of counsel granted, and it is ordered that David I. Bruck, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 90–240.  POLK ET UX. *v.* DIXIE INSURANCE CO.  C. A. 5th Cir.  Motion of petitioners to consolidate with No. 89–7743, *Edmonson* v. *Leesville Concrete Co., Inc.* [certiorari granted, *ante*, p. 809], denied.

No. 90–380.  CONSOLIDATED RAIL CORPORATION *v.* DELAWARE & HUDSON RAILWAY CO.  C. A. 2d Cir.;

No. 90–383.  WHITFIELD ET AL. *v.* CLINTON, GOVERNOR OF ARKANSAS, ET AL.  C. A. 8th Cir.; and

No. 90–404.  ILLINOIS STATE LABOR RELATIONS BOARD ET AL. *v.* ILLINOIS NURSES ASSN. ET AL.  App. Ct. Ill., 1st Dist.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–5193.  MU'MIN *v.* VIRGINIA.  Sup. Ct. Va.  [Certiorari granted, *ante*, p. 894.]  Motion for appointment of counsel granted, and it is ordered that John H. Blume, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 90–5536.  AMSDEN *v.* MORAN ET AL.  C. A. 1st Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 19, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.  JUSTICE SOUTER took no part in the consideration or decision of this motion.

JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.